UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **PETER ANTHONY DRAGANIC, III,** | ) | CASE NO. 1:23-CV-01041 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | ORDER |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

On May 22, 2023 Plaintiff filed a Complaint pursuant to Title 42 U.S.C. §§ 405(g) and 1383(c).  (ECF #1.)  The Court referred this matter to a Magistrate Judge pursuant to Local Rule 72.2.  (Docket Entry 5/23/2024.)  On April 26, 2024 the Magistrate Judge recommended the Court **REMAND** this matter pursuant to sentence six of § 405(g) for further proceedings and consideration of new evidence.  (ECF #9.)  Plaintiff has not filed an Objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service.  Fed. R. Civ. P. 72(b).  Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's Recommendation.  Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, the Magistrate Judge's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **REMANDED** for further proceedings and consideration of new evidence.

**IT IS SO ORDERED.**

                                            /s Christopher A. Boyko
                                            **CHRISTOPHER A. BOYKO**
                                            **United States District Judge**

**Dated: May 31, 2024**